IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: SUBPOENA TO MUDDY WATERS CAPITAL, LLC | § § § § § § § § | 1:24-mc-803-DII |

**ORDER**

On July 18, 2024, Movants Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc. (collectively, "TTI") filed a motion to compel non-party Muddy Waters Capital, LLC ("Muddy Waters") to produce documents responsive to TTI's subpoena. (Dkt. 1; *see also* Dkts. 2, 3). To date, Muddy Waters has not appeared, nor is there any indication that Muddy Waters was served with the motion to compel.

Accordingly, **IT IS ORDERED** that, **on or before September 3, 2024**, TTI file (1) proof of service of the motion to compel, or (2) a status report updating the Court on whether the motion to compel has been resolved.

**SIGNED** on August 20, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE