IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: SUBPOENA TO MUDDY WATERS CAPITAL, LLC | § § § § § § § § | 1:24-mc-803-DII |

## ORDER

On July 18, 2024, Movants Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc. (collectively, "TTI") filed a motion to compel non-party Muddy Waters Capital, LLC ("Muddy Waters") to produce documents responsive to TTI's subpoena. (Dkt. 1; *see also* Dkts. 2, 3). To date, Muddy Waters has not appeared, nor is there any indication that Muddy Waters was served with the motion to compel. On August 20, 2024, the Court ordered TTI to provide proof of service or a status report. (Order, Dkt. 4). On August 29, 2024, TTI filed a status report with the Court, indicating that it believes it properly served Muddy Waters by emailing a copy of the motion to compel to prior counsel for Muddy Waters. (Dkt. 5).

Because the Court is not confident that Muddy Waters was properly served with the motion to compel, the Court **ORDERS** TTI to serve new counsel for Muddy Waters **on or before September 13, 2024** with (1) the motion to compel and (2) a copy of this order. After being properly served, Muddy Waters will then need to respond to the motion to compel or else the Court may grant the motion to compel as unopposed.

**SIGNED** on August 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE